Fleming Meekins, Plaintiff in Error, vs. Jacob Cummer and Wellington W. Cummer, for the use of the J. Cummer & Son Lumber Company, a corporation under the laws of the State of Michigan, Defendants in Error.

Writ of error to Circuit Court Alachua county.

*Evans Haile,* for Plaintiff in Error.

*W. W. Hampton,* for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error.

Writ of error dismissed on motion of counsel for defendants in error, for failure to prosecute.